UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEFENSE DEFENSE NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>Defendant. | Civil Action No. 25-0817 (TJK) |

**JOINT STATUS REPORT**

Plaintiff National Student Legal Defense Network and Defendant Department of Education (collectively, "the parties"), through counsel, respectfully submit this Joint Status Report pursuant to the Court's Minute Order of May 22, 2025, requesting a joint proposed schedule for briefing or disclosure.

1. This is a Freedom of Information Act ("FOIA") case. Plaintiff seeks communications between Defendant and members of the Trump-Vance landing team. Compl. (ECF No.1) ¶ 7. Defendant answered on May 21, 2025. ECF No. 9.

2. Defendant has completed its preliminary search and identified 3,125 potentially-responsive records. Defendant is reviewing the search results. Defendant will process at the rate of 500 pages per month, with the first response by July 18, 2025, and with responses to continue on a monthly basis until processing is complete.

3. The parties respectfully propose that they file an additional Joint Status Report on or before September 3, 2025, to update the Court on the status of the FOIA request.

| | |
|---|---|
| Dated: June 2, 2025<br>Washington, DC<br><br>*/s/ Chris Bryant*<br>CHRIS BRYANT<br>National Student Legal Defense Network<br>1701 Rhode Island Ave., NW<br>Washington, DC 20036<br>(847) 420-2149<br>Chris@defendstudents.org<br><br>*Counsel for Plaintiff* | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By: */s/ M. Jared Littman*<br>   M. JARED LITTMAN<br>   Assistant United States Attorney<br>   601 D Street, NW<br>   Washington, DC 20530<br>   (202) 252-2523<br>   jared.littman@usdoj.gov<br><br>*Attorneys for the United States of America* |

2